IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

DANIEL GENE BLACK,

           Plaintiff,

v.                                              CIVIL ACTION NO. 3:25-0538

TAX EASE OH V, LLC,

           Defendant.

**MEMORANDUM OPINION AND ORDER**

This action was referred to the Honorable Jospeh K. Reeder, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendations for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted Findings of Fact and recommended that the Court deny Plaintiff's requests for default judgment and final judgment (ECF Nos. 6, 7, 10, 11) and dismiss this action for lack of subject matter jurisdiction and, alternatively, for failure to state a claim. No objections to the Magistrate Judge's findings and recommendations have been filed.

Accordingly, the Court accepts and incorporates herein the findings and recommendations of the Magistrate Judge and **DENIES** Plaintiff's requests for default judgment and final judgment (ECF Nos. 6, 7, 10, 11) and **DISMISSES** this action for lack of subject matter jurisdiction and, alternatively, for failure to state a claim, consistent with the findings and recommendations.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

ENTER:     February 18, 2026

_____
ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE